IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FRANCIS DURDEN, | No. 2:13-CV-0535-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| EL DORADO COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 3, 2013, the court directed petitioner to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days. Petitioner was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, petitioner has failed to comply.

///

///

///

1

1    Petitioner shall show cause in writing, within 30 days of the date of this order,
2 why this action should not be dismissed for failure to resolve the fee status for this case.
3 Petitioner is again warned that failure to respond to this order may result in dismissal of the
4 action for the reasons outlined above, as well as for failure to prosecute and comply with court
5 rules and orders.  See id.
6    IT IS SO ORDERED.

 DATED:  July 29, 2013

                                                                  _____
                                                                  **CRAIG M. KELLISON**
                                                                  UNITED STATES MAGISTRATE JUDGE